

# LAW OFFICE OF
# JONATHAN R. GOLDSMITH, ESQ.

1350 MAIN STREET, SPRINGFIELD, MA 01103
TEL (413) 747-0700　　FAX (413) 747-0414
EMAIL: JGOLDSMITH@JGOLDSMITHLAW.COM

August 20, 2009

Office of the Clerk
U.S. BANKRUPTCY COURT
Donohue Federal Building
595 Main Street, Room 211
Worcester, MA 01608

Re: JEFFREY MAZZONE
　　BRENDA MAZZONE
　　Chapter 7, No. 05-48764-JBR

Dear Sir/Madam:

Enclosed herewith please find the Trustee's Affidavit of Unclaimed Funds along with a Certificate of Service for the above-entitled matter.

In the event you have any questions or concerns regarding this matter, please do not hesitate to contact Attorney Goldsmith or the undersigned.

Sincerely yours,

Mary Wolohan
Paralegal

Enclosures:　Trustee's Affidavit
　　　　　　　Certificate of Service

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re ) Chapter 7, No. 05-48764-JBR
)
JEFFREY MAZZONE )
BRENDA MAZZONE )
)
       Debtors )
_____)

### TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, JONATHAN R. GOLDSMITH, Chapter 7 Trustee in the above-captioned case respectfully report that:

Pursuant to Rule 3011 of the Federal Rules of Bankruptcy, dividends not paid to creditors shall be turned over to the Court to be treated as provided in Section 347(a) of the Code.

Said Trustee's proposed distribution was approved for payment. Said Trustee made a final distribution on August 17, 2009. The following check totaling $1.89 remains unclaimed.

| Claimant | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| JCPenney Credit Services<br>GE Money Bank<br>P.O. Box 103014<br>Roswell, GA 30076 | 12 | $102.30 | $1.89 |

Enclosed is a check for $1.89 (Check No. 3015).

                                    JONATHAN R. GOLDSMITH, TRUSTEE
                                    IN BANKRUPTCY FOR JAMES E. AND
                                    MARY M. MILLER

Dated: August 20, 2009

                                    By:_____
                                    JONATHAN R. GOLDSMITH, ESQ.
                                    (BBO No. 548285)
                                    1350 Main Street, Suite 1505
                                    Springfield, MA 01103
                                    Tel. (413) 747-0700

[Filed stamp: FILED CLERK'S OFFICE 2009 AUG 21 P 12: 49 U.S. BANKRUPTCY COURT DISTRICT OF MASS.]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | Chapter 7, No. 05-48764-JBR |
| ) |  |
| JEFFREY MAZZONE ) |  |
| BRENDA MAZZONE ) |  |
| ) |  |
| Debtors ) |  |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I served a copy of the Trustee's Affidavit of Unclaimed Funds upon the below-listed parties by mailing, first class mail, postage prepaid, on this 20th day of August, 2009:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

MR. AND MRS. JEFFREY MAZZONE
137 Maple Street
Methuen, MA 01844-1223

Donna J. Boggs, Esq.
LAW OFFICE OF DONNA J. BOGGS
616 Main Street
Woburn, MA 01801

JC Penney Credit Services
GE Money Bank
P.O. Box 103014
Roswell, GA 30076

_____
JONATHAN R. GOLDSMITH, ESQ.